Victoria Sethunya

victoriacsethunya@gmail.com, victoriasethunya@cwi.edu

U.S. COURTS

APR 11 2025

Rcvd_____ Filed_____ Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

---

UNITED STATES DISTRICT COURT

for the

District of Idaho

---

| | |
|---|---|
| Victoria Sethunya | ( |
| *Plaintiff* | ( **MOTION FOR** |
| | ( **TEMPORARY INJUNCTION** |
| | ( **REQUIRING REMOVAL OF** |
| | ( **PLAINTIFF'S PROFILE AND** |
| | ( **PHOTO** |
| College of Western Idaho, | ( |
| Alyson Tolman, | ( |
| Jac Webb | ( |
| *Defendants* | ( Case: 1:24-cv-00007-AKB |
| | ( **JURY HEARING DEMANDED** |

---

1

On this 11th Day of April, 2025, Plaintiff Victoria Sethunya respectfully moves this Honorable Court to issue a temporary injunction requiring Defendants to immediately remove and deactivate her photo and profile from Defendants' website, social media accounts, marketing materials, and all other public-facing platforms. This motion is brought on the grounds that Defendants' continued display of Plaintiff's profile constitutes a false representation of her employment status and is causing ongoing and irreparable harm to her professional reputation and her ability to secure new employment.

## I. FACTUAL BACKGROUND

Plaintiff was employed by Defendants from November 17, 2020, until March 8, 2022. Her employment was terminated by Defendants, and that termination is a central issue in the present lawsuit.

Despite the termination of Plaintiff's employment by Defendants, they continue to display Plaintiff's photo and profile on their main profile page on their website, and possibly other public-facing platforms. This misrepresentation falsely suggests that Plaintiff remains employed by Defendants.

Although Plaintiff has not directly communicated with Defendants regarding the removal of her photo and profile, their continued public display of this information is creating confusion and damaging her professional reputation. Potential employers may reasonably believe that Plaintiff is still employed by Defendants, which interferes with her job search and ability to reestablish herself in her field.

Defendants' ongoing misrepresentation of Plaintiff's employment status is directly harming her ability to obtain new employment and causing reputational damage within her profession.

March 8, 2025, marked the third anniversary of the termination of Plaintiff's employment. Nonetheless, Defendants continue to display her photo on their main profile page, falsely suggesting that she remains employed by them as "Teacher 6." See **Exhibit A** attached. This ongoing misrepresentation is causing professional confusion and continues to harm her reputation and job prospects.

Although Defendants have not removed Plaintiff from at least one of their public-facing platforms, they have not provided her with any compensation, assignments, or employment-related communications since her termination. Effectively, Plaintiff has been "employed on no pay" for over three years — further highlighting the misrepresentation. Defendants' continued display of her photo and accompanying profile content creates a false appearance of ongoing employment, despite the complete absence of salary, work responsibilities, or any formal affiliation.

Since the date of termination, Defendants have allocated zero work hours to Plaintiff, clearly demonstrating that her employment relationship with them has ended. However, their continued use of her profile falsely implies the contrary, leading to misunderstandings among prospective employers and the general public.

## II. ARGUMENT

### A. Likelihood of Success on the Merits:

Plaintiff has a strong likelihood of success on the merits of her claims, which include wrongful termination, failure to accommodate, and disability discrimination under the Americans with Disabilities Act (ADA). Defendants' misrepresentation of her employment status is closely related to the core issues of this case.

### B. Irreparable Harm:

Defendants' continued display of Plaintiff's profile and photo and accompanying profile content is causing her irreparable harm. The false impression that she remains employed by Defendants undermines her professional reputation and interferes with her job prospects. This type of reputational injury cannot be adequately compensated through monetary damages alone and thus warrants equitable relief.

### C. Balancing of Harms:

The harm to Plaintiff resulting from Defendants' misrepresentation far outweighs any harm Defendants might claim from removing her profile and photo. There is no valid justification for Defendants to continue displaying Plaintiff's image and profile when she is no longer affiliated with them in any capacity.

### D. Public Interest:

The public interest favors transparency and accurate representation of employment relationships. Allowing employers to falsely present former employees as current staff undermines professional integrity and may mislead both the public and other employers. Granting the requested injunction promotes accountability and truthfulness in public representations.

### E. Ongoing Nature of the Harm:

Three years have passed since the termination of Plaintiff's employment, yet her photo and profile remain active on Defendants' public platforms. The prolonged duration of this misrepresentation exacerbates the harm to her professional reputation. Moreover, Defendants' continued allocation of zero work hours to Plaintiff since her termination only reinforces the falsehood of any implication that she remains employed.

## III. REQUEST FOR RELIEF

In light of the above, Plaintiff respectfully requests that this Court issue a temporary injunction requiring Defendants to immediately remove and deactivate her photo and profile from their website, social media accounts, marketing materials, and any other public-facing platforms. Defendants' continued misrepresentation of Plaintiff's employment status is causing ongoing, irreparable harm and must be addressed without delay.

## IV. EVIDENCE

Plaintiff **submits**, as **Exhibit A**, a true and correct copy of the publicly displayed profile — a screenshot of her profile as it appears on Defendants' website. While Plaintiff is currently aware only of this specific instance, she does not have access to all of Defendants' platforms or materials and therefore cannot determine the full extent of the use. The relief requested is intended to cover all potential public-facing uses to prevent ongoing and future harm from any continued misrepresentation.

Respectfully submitted,

Victoria Sethunya

Plaintiff, Pro Se

P.O. Box 8904

Boise, ID, 83706

(801)462-9030

## CERTIFICATE OF SERVICE

I, Victoria Sethunya, hereby certify today on April 11, 2025, that I will send within two days a copy of the above document to Anne Sullivan Magnelli, ISB No. 9452 ANDERSON, JULIAN & HULL LLP, via both the physical address: C. W. Moore Plaza, 250 South Fifth Street, Suite 700, Post Office Box 7426, Boise, Idaho 83707-7426, and email: amagnelli@ajhlaw.com.

*/s/ Victoria Sethunya*
Victoria Sethunya

# VICTORIA SETHUNYA

**Teacher 06**

Adult Education

victoriasethunya@cwi.edu

I am originally from the Kingdom of Lesotho, a former British colony in southern Africa. I grew up speaking English and learned about several African languages. Following graduation from National Health Training College, the Pharmacy Department appointed me a lecturer in Pharmacology.

I moved to the US and graduated with a BA in English (minor in Chemistry) and MSc in Criminal Justice from Weber State University, where I tutored ESL for one summer semester. I taught ESL in several Utah language schools - Internexus, Lumos, American One, including my private school. Victoria's English. I worked at Granite School District as a substitute teacher in math, science, English and offered GED preparatory lessons at the Salt Lake Metro Jail.

My interests include traveling, singing, cooking, hiking, and learning about different cultures. In my spare time, I provide free education in science, math, and languages on Tiktok. I am currently pursuing a Master's in English at Idaho State University.



Exhibit A